AO-10 (WP)
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SLOVITER, DOLORES K. | United States Court of Appeals for the Third Circuit | 5/15/07 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* <br> United States Circuit Judge Active | 5a. Report Type (check appropriate type) <br> ___ Nomination, Date _____ <br> ___ Initial  ___ Annual  ___ Final <br> 5b. ___ Amended Report | 6. Reporting Period <br> 1/1/06 through 12/31/06 |
|---|---|---|

| 7. Chambers or Office Address <br> 18614 United States Courthouse <br> 601 Market Street <br> Philadelphia, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| Board of Trustees | National Constitution Center |
| Trustee | Nonmarital Trust UW of ▮▮▮▮▮▮▮▮ FBO ▮▮▮▮▮▮▮ |
| Rhodes Chair | 2006 Delaware/Pennsylvania Selection Committee for Rhodes Scholars |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| Salary | Temple University, Phila., PA | $10,242.00 |
| | | $ |
| | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| ☒ NONE (No reportable non-investment income.) |
|---|

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | Attending FJC Seminar on Law & Terrorism | 3/16-17/06 - Durham, North Carolina (TRANSPORTATION, FOOD, HOTEL) |
| 2 | Attending Third Circuit Ct. of Appeals Judicial Conf. | 4/30-5/02/06 - Farmington, PA (TRANSPORTATION, FOOD, HOTEL) |
| 3 | Attending Panel Discussion re Law Reviews at Yale Law Jrnl. | 11/16-17/06 - New Haven, Connecticut (TRANSPORTATION, FOOD, HOTEL) - Yale Law Journal paid directly for Jg. Sloviter's expenses |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000 N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

| Name of Person Reporting | Date of Report |
|---|---|
| DOLORES K. SLOVITER | 5/15/07 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 SEE ATTACHED PAGES 1-10 | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| Income/Gain Codes (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| Value Codes (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| Value Method Codes (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | U=Book value | V=Other | W=Estimated | | |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A. | B. | | C. | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets | Income during period | | Gross Value at end of period | | Transactions during period | | | | |
| | | | | | | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt prior disclosure | Amt. Code¹ (A-H) | Type (e.g., div.) | Value Code² (J-P) | Value Method Code³ (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code² (J-P) | Gain Code¹ (A-H) | Identity from buyer/seller |
| AT&T (acquired SBC) com. stock | D | Div. | M | T | | | | | |
| Comcast CMCSA - com. stock | None | | J | T | | | | | |
| Exelon - com. stock | C | Div. | M | T | | | | | |
| GE - com. stock | B | Div. | M | T | | | | | |
| IT&T Industries - com. stock | A | Div. | J | T | | | | | |
| HanesBrand, Inc. - com. stock | None | | | T | Spinoff (from Sara Lee) | 8/18 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001 to $2,500
   C = $2,501 to $5,000    D = $5,001 to $15,000    E = $15,001 to $50,000
   F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001 to $50,000
   L = $50,001 to $100,000 M = $100,001 to $250,000 N = $250,001 to $500,000
   O = $500,001 to $1,000,000    P = over $1,000,000

3. Value Method Codes: Q = Appraisal    R = Cost (real estate only)
   S = Assessment    T = Cash/market U = Book value    V = Other
   W = Estimated

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A. Description of Assets Place "(X)" after each asset exempt prior dis-closure | B. Income during period Amt. Code[1] (A-H) | Type (e.g., div.) | C. Gross Value at end of period Value Code[2] (J-P) | Value Method Code[3] (Q-W) | D. Transactions during period Type (e.g., sold) | If not exempt from disclosure Date: Month-Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Iden-tity from buyer/ seller |
|---|---|---|---|---|---|---|---|---|---|
| Hartford Fin. Services - com. stock | A | Div. | K | T | | | | | |
| PSEG - (Exelon merger called ASO) | A | Div. | K | K | | | | | |
| Rayonier - com. stock | A | Div. | J | T | | | | | |
| Sara Lee - com. stock | A | Div. | J | T | | | | | |
| Vanguard Mun. Bond Funds | G | Div. & cap. gain | P | T | see VIII | | | | |

---

1. Income/Gain Codes:     A = $1,000 or less        B = $1,001 to $2,500
   C = $2,501 to $5,000    D = $5,001 to $15,000     E = $15,001 to $50,000
   F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

2. Value Codes:        J = $15,000 or less         K = $15,001 to $50,000
   L = $50,001 to $100,000  M = $100,001 to $250,000 N = $250,001 to $500,000
   O = $500,001 to $1,000,000   P = over $1,000,000

3. Value Method Codes:  Q = Appraisal   R = Cost (real estate only)
   S = Assessment        T = Cash/market  U = Book value   V = Other
   W = Estimated

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A. | B. | | C. | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets | Income during period | | Gross Value at end of period | | Transactions during period | | | | |
| | | | | | | | If not exempt from disclosure | | |
| Place "(X)" after each asset exempt prior disclosure | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Identity from buyer/seller |
| Vanguard Windsor II | E | Div. & cap. gain | O | T | see VIII | | | | |
| Vanguard Star Fund | C | Div. & cap. gain | L | T | | | | | |
| Vanguard 500 Index Fund | B | Div. | L | T | | | | | |
| Bucks County W & S, 5%, '22 | A | Int. | J | T | | | | | |

---

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001 to $2,500
   C = $2,501 to $5,000  D = $5,001 to $15,000  E = $15,001 to $50,000
   F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

2. Value Codes:  J = $15,000 or less  K = $15,001 to $50,000
   L = $50,001 to $100,000  M = $100,001 to $250,000 N = $250,001 to $500,000
   O = $500,001 to $1,000,000  P = over $1,000,000

3. Value Method Codes:  Q = Appraisal  R = Cost (real estate only)
   S = Assessment  T = Cash/market U = Book value  V = Other
   W = Estimated

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A. | B. | | C. | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets | Income during period | | Gross Value at end of period | | Transactions during period | | | | |
| | | | | | | | If not exempt from disclosure | | |
| Place "(X)" after each asset exempt prior dis- closure | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | Date: Month- Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Iden- tity from buyer/ seller |
| Conrad Weiser S.D., 5.25%, '14 | A | Int. | | T | Sold | 6/15 | J | | None |
| Dauphin Cty., 4.4%, '19 | A | Int. | J | T | | | | | |
| Dauphin Cty., 4.5%, '26 | A | Int. | J | T | | | | | |
| Del. Pa. & NJ Riv., 5.4%, '14 | A | Int. | J | T | | | | | |
| Fleetwood, 5.65%, '11 | A | Int. | | T | Sold | 6/15 | J | | None |

---

1. Income/Gain Codes:    A = $1,000 or less       B = $1,001 to $2,500
   C = $2,501 to $5,000    D = $5,001 to $15,000    E = $15,001 to $50,000
   F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

2. Value Codes:        J = $15,000 or less        K = $15,001 to $50,000
   L = $50,001 to $100,000  M = $100,001 to $250,000 N = $250,001 to $500,000
   O = $500,001 to $1,000,000   P = over $1,000,000

3. Value Method Codes:  Q = Appraisal   R = Cost (real estate only)
   S = Assessment        T = Cash/market  U = Book value   V = Other
   W = Estimated

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A.<br><br>Description of Assets<br><br>Place "(X)" after each asset exempt prior dis-closure | B.<br><br>Income during period<br><br> | | C.<br><br>Gross Value at end of period<br><br> | | D.<br><br>Transactions during period<br><br> | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | | |
| | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Iden-tity from buyer/ seller | |
| Greater Johns-town, 5%, '08 | A | Int. | J | T | | | | | | |
| Lower Merion S.D., 4.8%, '25 | A | Int. | K | T | | | | | | |
| Lower Merion Twp. 5.125%, '18 | B | Int. | K | T | | | | | | |
| Luzerne, 5.6%, '16 | A | Int. | J | T | | | | | | |
| Muhlenberg, PA, 5.25%, '12 | A | Int. | | T | Sold | 4/1 | J | None | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001 to $2,500
 C = $2,501 to $5,000   D = $5,001 to $15,000   E = $15,001 to $50,000
 F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001 to $50,000
 L = $50,001 to $100,000   M = $100,001 to $250,000 N = $250,001 to $500,000
 O = $500,001 to $1,000,000   P = over $1,000,000

3. Value Method Codes: Q = Appraisal   R = Cost (real estate only)
 S = Assessment   T = Cash/market U = Book value   V = Other
 W = Estimated

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A. | B. | | C. | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets | Income during period | | Gross Value at end of period | | Transactions during period | | | | |
| | | | | | | | If not exempt from disclosure | | |
| Place "(X)" after each asset exempt prior disclosure | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Identity from buyer/ seller |
| Muhlenberg, PA, 5%, '23 | A | Int. | K | T | | | | | |
| Northeastern York, 4.5%, '26 | A | Int. | | T | Purch. | 6/20 | K | | |
| Pa. St. Higher Ed. Fac. Auth., 5.25%, '10 | A | Int. | J | T | | | | | |
| Penna. Inter- govt'l, 5 1/4%, '17 | A | Int. | J | T | | | | | |
| Penna., 5 3/4%, '18 | B | Int. | K | T | | | | | |

---

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001 to $2,500
  C = $2,501 to $5,000  D = $5,001 to $15,000  E = $15,001 to $50,000
  F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

2. Value Codes:  J = $15,000 or less  K = $15,001 to $50,000
  L = $50,001 to $100,000  M = $100,001 to $250,000 N = $250,001 to $500,000
  O = $500,001 to $1,000,000  P = over $1,000,000

3. Value Method Codes:  Q = Appraisal  R = Cost (real estate only)
  S = Assessment  T = Cash/market U = Book value  V = Other
  W = Estimated

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A. Description of Assets | B. Income during period | | C. Gross Value at end of period | | D. Transactions during period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt prior disclosure | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Identity from buyer/ seller |
| Pa. Higher Ed., 5 1/8%, '10 | A | Int. | J | T | | | | | |
| Pa. Turnpike, 5% '23 | A | Int. | J | T | | | | | |
| Pa. Turnpike, 5%, '23 | A | Int. | J | T | | | | | |
| Pa. 4th Series, 4.5%, '24 | A | Int. | K | T | | | | | |
| Pa. Turnpike, 4.75%, '27 | A | Int. | J | T | | | | | |

. Income/Gain Codes:    A = $1,000 or less        B = $1,001 to $2,500
C = $2,501 to $5,000    D = $5,001 to $15,000    E = $15,001 to $50,000
F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

. Value Codes:        J = $15,000 or less        K = $15,001 to $50,000
L = $50,001 to $100,000  M = $100,001 to $250,000 N = $250,001 to $500,000
O = $500,001 to $1,000,000   P = over $1,000,000

. Value Method Codes:  Q = Appraisal   R = Cost (real estate only)
S = Assessment        T = Cash/market U = Book value   V = Other
W = Estimated

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A. | B. | C. | D. |
|---|---|---|---|
| Description of Assets | Income during period | Gross Value at end of period | Transactions during period |

| Place "(X)" after each asset exempt prior dis- closure | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | **If not exempt from disclosure** Date: Month- Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Iden- tity from buyer/ seller |
|---|---|---|---|---|---|---|---|---|---|
| Pa. St. Ed. Fin. A., 5.625%, '27 | B | Int. | K | T | | | | | |
| Phila. Parking, 5.125%, '24 | A | Int. | J | T | | | | | |
| Pittsburgh, 5%, '21 | A | Int. | J | T | | | | | |
| Pleasant Valley, Pa., 5.1%, '12 | A | Int. | J | T | | | | | |
| Southeast Delco S.D., 4.30%, '26 | A | Int. | | T | Purch. | 3/8 | K | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001 to $2,500
   C = $2,501 to $5,000    D = $5,001 to $15,000    E = $15,001 to $50,000
   F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001 to $50,000
   L = $50,001 to $100,000   M = $100,001 to $250,000 N = $250,001 to $500,000
   O = $500,001 to $1,000,000    P = over $1,000,000

3. Value Method Codes:   Q = Appraisal    R = Cost (real estate only)
   S = Assessment    T = Cash/market   U = Book value   V = Other
   W = Estimated

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A. Description of Assets (Place "(X)" after each asset exempt prior disclosure) | B. Income during period | | C. Gross Value at end of period | | D. Transactions during period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | If not exempt from disclosure Date: Month-Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Iden-tity from buyer/ seller |
| Southern Lehigh S.D., 5.2%, '18 | B | Int. | | T | Sold | 9/1 | K | None | |
| Springfield, 5.2%, '17 | A | Int. | J | T | | | | | |
| Suburban Lancas-ter Swr. Auth., 5%, '17 | A | Int. | | T | Sold | 6/15 | K | A | |
| Susquehanna Twp. Auth. Pa., 6%, '13 | A | Int. | J | T | | | | | |
| Upper Dublin, 5%, 14 | A | Int. | J | T | | | | | |

. Income/Gain Codes: A = $1,000 or less    B = $1,001 to $2,500
C = $2,501 to $5,000   D = $5,001 to $15,000   E = $15,001 to $50,000
F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

. Value Codes:    J = $15,000 or less    K = $15,001 to $50,000
L = $50,001 to $100,000   M = $100,001 to $250,000 N = $250,001 to $500,000
O = $500,001 to $1,000,000   P = over $1,000,000

. Value Method Codes: Q = Appraisal   R = Cost (real estate only)
S = Assessment     T = Cash/market U = Book value   V = Other
W = Estimated

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A.<br><br>Description of Assets<br><br>Place "(X)" after each asset exempt prior dis-closure | B.<br><br>Income during period<br><br> | | C.<br><br>Gross Value at end of period<br><br> | | D.<br><br>Transactions during period<br><br> | If not exempt from disclosure | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Iden-tity from buyer/seller |
| Wilkes-Barre Area S.D., 5.25%, '14 | A | Int. | J | T | | | | | |
| Wachovia Accts. | A | Int. | K | T | | | | | |

---

. Income/Gain Codes: A = $1,000 or less     B = $1,001 to $2,500
C = $2,501 to $5,000     D = $5,001 to $15,000     E = $15,001 to $50,000
F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

. Value Codes:     J = $15,000 or less     K = $15,001 to $50,000
L = $50,001 to $100,000  M = $100,001 to $250,000 N = $250,001 to $500,000
O = $500,001 to $1,000,000   P = over $1,000,000

. Value Method Codes: Q = Appraisal   R = Cost (real estate only)
S = Assessment     T = Cash/market  U = Book value   V = Other
W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

The Vanguard Municipal Bond Funds in VII have checking account features and were used for various transactions throughout the year.

Comcast was part of the ███████████████████████ which passed to ███████ ████████ but which is being held in trust. Because it has not declared any dividends, I neglected to include it in the preceding report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ███████████████████████     Date _May 4, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544